| | |
|---|---|
| 1 | JUSTS N. KARLSONS (State Bar No. 42899) |
|   | MATTHEW J. KEMNER (State Bar No. 188124) |
| 2 | CARROLL, BURDICK & McDONOUGH LLP |
|   | 44 Montgomery Street, Suite 400 |
| 3 | San Francisco, California 94104 |
|   | Telephone: (415) 989-5900 |
| 4 | Facsimile: (415) 989-0932 |

ROBERT A. MITTELSTAEDT (State Bar No. 60359)
MARTHA BOERSCH (State Bar No. 126569)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Specially-Appearing Defendant
DAIMLERCHRYSLER AG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**San Jose Division**          *E-FILED - 6/1/05*

| | |
|---|---|
| BARBARA BAUMAN et al., | Case No.: CV 04-194 RMW |
| Plaintiffs, | **STIPULATED ORDER TO EXTEND TIME TO FILE SPECIALLY APPEARING DEFENDANT DAIMLERCHRYSLER AG'S REPLY IN SUPPORT OF ITS MOTION TO QUASH SERVICE OF PROCESS AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| DAIMLERCHRYSLER AG and DOES 1 through 50, inclusive, | |
| Defendant. | **[LOCAL RULE 6-2]** |
| | Hon. Ronald M. Whyte |

CBM-SF\SF259517.1

**STIPULATED ORDER TO EXTEND TIME (NO. CV 04-194 RMW)**

1  Good cause appearing, and the parties having so stipulated, it is hereby ordered as
2  follows:
3  Specially Appearing Defendant DaimlerChrysler AG shall have up to and including
4  Monday, June 6, 2005, to file a reply in support of its motion to quash service of process and to
5  dismiss for lack of personal jurisdiction.  Defendant shall file its reply and provide a
6  courtesy copy to chambers by 12:00 p.m. on June 6, 2005.    (jg)
7  **IT IS SO ORDERED.**

9  Dated: May 27, 2005

11  By /S/ RONALD M. WHYTE
12  Hon. Ronald M. Whyte
    U.S. District Court Judge

CBM-SF\SF259517.1                    -2-
**STIPULATED ORDER TO EXTEND TIME (NO. CV 04-194 RMW)**