JUSTS N. KARLSONS (State Bar No. 42899)
MATTHEW J. KEMNER (State Bar No. 188124)
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone: (415) 989-5900
Facsimile: (415) 989-0932
E-mail: mkemner@cbmlaw.com

ROBERT A. MITTELSTAEDT (State Bar No. 60359)
MARTHA BOERSCH (State Bar No. 126569)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: mboersch@jonesday.com

Attorneys for Specially-Appearing Defendant
DAIMLERCHRYSLER AG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division          *E-FILED - 1/17/06*

| | |
|---|---|
| BARBARA BAUMAN et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAIMLERCHRYSLER AG and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.: CV 04-194 RMW<br><br>**ORDER GRANTING STIPULATED EXTENSION OF BRIEFING AND HEARING DATES SET FORTH IN COURT'S ORDER OF NOVEMBER 22, 2005 RE: SPECIALLY-APPEARING DEFENDANT DAIMLERCHRYSLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[N.D. Cal. Local. R. 6-2]**<br><br>Hon. Ronald M. Whyte |

CBM-SF\SF288594.1

Good cause appearing, and the parties having so stipulated, it is hereby ordered that the dates set forth in this Court's Order of November 22, 2005 ("Order") are re-calendared as follows:

1.    The further hearing on certain jurisdictional issues originally set for March 24, 2006 is re-set for:

X--------**April 28, 2006 at 9:00 a.m.**

_____ [any later date convenient for the Court]

2.    The further briefing from plaintiffs that is discussed in the Order is due no later than **21 days** prior to the re-calendared hearing date; and

3.    The further briefing from specially-appearing defendant that is discussed in the Order is due no later that **14 days** prior to the re-calendared hearing date.

**PURUSANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January  13  2006

By  \_\_\_\_  /s/ Ronald M. Whyte  _____
Hon. Ronald M. Whyte
United States District Judge