```
 1  CHAVEZ & GERTLER LLP
    MARK A. CHAVEZ (Bar No. 90858)
 2  KIM A. CARD (Bar No. 147779)
    42 Miller Avenue
 3  Mill Valley, CA  94941
    Telephone: (415) 381-5599
 4  Facsimile: (415) 381-5572
    kim@chavezgertler.com
 5
    INTERNATIONAL LABOR RIGHTS FUND
 6  TERRY COLLINGSWORTH
    Admitted Pro Hac Vice
 7  BRIAN P. CAMPBELL
    Admitted Pro Hac Vice
 8  2001 S Street NW, Suite 420
    Washington, DC 20009
 9  Telephone: (202) 347-4100
    Facsimile: (202) 347-4885
10
    DANIEL M. KOVALIK
11  Admitted Pro Hac Vice
    Five Gateway Center, Room 807
12  Pittsburgh, PA 15222-1214
    Telephone: (412) 562-2518
13  Facsimile: (412) 562-2574
```

14  Attorneys for Plaintiffs                                      *E-FILED - 7/6/06*
    BARBARA BAUMAN, et al.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| BARBARA BAUMAN, et al.; | Case No. C-04-00194/RMW |
| Plaintiffs | **[] ORDER GRANTING STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION SET FORTH IN COURT'S JUNE 26, 2006, NOTICE OF CONTINUANCE** |
| v. | [N.D. Cal. Local R. 6-2] |
| DAIMLERCHRYSLER AG, and DOES I through 50, inclusive, | Hearing: |
| Defendants | Date:        July 7, 2006 |
| | Time:       9:00am |
| | Courtroom: Six (6) |
| | The Honorable Ronald M. Whyte |

Order Granting Stip. to Continue Hearing Date in Court's June 26 Order- Case No. C-04-00194/RMW

Good cause appearing, and the parties having so stipulated, it is hereby ordered that the hearing date set forth in the Court's June 26, 2006, Notice of Continuance be re-calendared as follows:

    1.    The further hearing on Certain jurisdictional issues originally set for July 7, 2006, is re-set for:

    ☒    **August 18, 2006 at 9:00 a.m.**

    ☐    _____ [any later date convenient for the court]

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July _6_, 2006

By ____/s/ Ronald M. Whyte_____
Hon. Ronald M. Whyte
United States District Judge