CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
KIM A. CARD (Bar No. 147779)
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
kim@chavezgertler.com

CONRAD & SCHERER, LLP
TERRY COLLINGSWORTH (DC Bar # 471830)
1156 15TH St. NW, Suite 502
Washington, DC 20009
Tel: 202-543-4001 / Fax: 1-866-803-1125
tc@conradscherer.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BAUMAN, *et al.* | Case No.: CV 04-00194 RMW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR FILING RESPONSE AND REPLY TO DAIMLER CHRYSLER AG'S MOTION FOR STAY |
| v. | |
| DAIMLERCHRYSLER AG and DOES 1 through 50, inclusive, | |
| Defendant. | Hon. Ronald M. Whyte |

## [PROPOSED] STIPULATED ORDER TO EXTEND TIME FOR FILING RESPONSE AND REPLY TO DAIMLERCHRYSLER AG'S MOTION FOR STAY

Good cause appearing, and the parties having so stipulated, it is hereby ordered as follows:

Plaintiffs Barbara Bauman, et al., shall have up to and including January 6, 2012 to file their response to Defendant DaimlerChrysler AG's Motion for Stay; and DaimlerChrysler AG shall have up to and including January 27, 2012 to file their reply to Plaintiffs' response; and the hearing date on said Motion shall be rescheduled for February 17, 2012.

-1-
[PROPOSED] ORDER GRANTING JOINT STIP. TO EXTEND TIME FOR FILING RESPONSE AND REPLY TO DAIMLER CHRYSLER AG'S MOTION FOR STAY- CASE NO. CV 04-194 RMW

1
2  **IT IS SO ORDERED.**
3
4  Dated: December _21__, 2011
5
6                                        By ___*Ronald M. Whyte*_____
                                              Hon. Ronald M. Whyte
7                                              U.S. District Court Judge
8
...
28
-2-
[PROPOSED] ORDER GRANTING JOINT STIP. TO EXTEND TIME FOR FILING RESPONSE AND REPLY TO DAIMLER CHRYSLER AG'S MOTION FOR STAY- CASE NO. CV 04-194 RMW