**E-FILED on**     2/17/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA BAUMAN, et al., | No. C-04-00194 RMW |
| Plaintiffs, | |
| v. | ORDER GRANTING MOTION TO STAY |
| DAIMLERCHRYSLER AG, and DOES 1 thorough 50, inclusive, | |
| Defendants. | |

The court grants defendants' motion to stay the case until June 15, 2012 in light of the pending petition for certiorari and the issues before the Supreme Court in *Kiobel* and *Mohamad.*

DATED:     February 17, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO STAY —C-04-00194 RMW
EDM