JUSTS N. KARLSONS (State Bar No. 42889)
MATTHEW J. KEMNER (State Bar No. 188124)
DAVID M. RICE (State Bar No. 131064)
TROY M. YOSHINO (State Bar No. 197850)
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932

Attorneys for Defendant
DAIMLER AG

*E-FILED - 6/14/12*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BARBARA BAUMAN, on behalf of herself and as heir of her son, OSCAR ALBERTO ALVAREZ BAUMAN; GREGORY GRIECO, on behalf of himself and as heir of his brother, MIGUEL GRIECO; JOSEFINA NUNEZ, on behalf of herself and as heir of her husband, DIEGO NUNEZ; GABRIELE NUNEZ, MIRIAM NUNEZ and SILVIA NUNEZ, on behalf of themselves and as heirs of their father, DIEGO NUNEZ; EMILIO GUILLERMO PESCE, on behalf of himself and as heir of his brother, ESTEBAN A. REIMBER; MIRTA HAYDEE ARENAS, on behalf of herself and as heir of her brother, ALBERTO FRANCISCO ARENAS; GRACIELA GIGENA, on behalf of herself and as heir of her husband, ALBERTO GIGENA; GUILLERMO ALBERTO GIGENA and NURIA GIGENA, on behalf of themselves and as heirs of their father, ALBERTO GIGENA, AMELIA SCHIAFFO, on behalf of herself and as heir of her husband, FERNANDO OMAR DEL CONNTE; ELBA LEICHNER, on behalf of herself and as heir of her son, JORGE LEICHNER; ANUNCIACION SPALTRO DE BELMONTE, on behalf of herself and as heir of her husband, HECTOR BELMONTE; HECTOR RATTO; EDUARDO OLASIREGUI; RICHARDO MARTIN HOFFMAN; EDUARDO ESTIVILLE; ALFREDO MANUEL MARTIN; JUAN JOSE MARTIN; JOSE BARREIRO; and ALEJANDRO DAER,

Plaintiffs,

v.

DAIMLERCHRYSLER AG and DOES 1 through 50, inclusive,

Defendant.

Case No.: CV 04-194 RMW

***JOINT* STIPULATION TO CONTINUE STAY OF PROCEEDINGS** & ORDER

**[CONCURRENTLY FILED DECLARATION OF MATTHEW J. KEMNER]**

**[N.D. CAL. L-R 6-1(B), 6-2]**

Hon. Ronald M. Whyte

***JOINT*** **STIPULATION CONTINUING STAY OF PROCEEDINGS**

Pursuant to N.D. Cal. Local Rules 6-1(b) and 6-2, by and through their counsel of record, plaintiffs Barbara Bauman, et al. and Specially-Appearing Defendant Daimler AG (fka "DaimlerChrysler AG"), jointly stipulate to extend the stay of proceedings currently in place. This Court previously stayed all proceedings in this action until June 15, 2012 in light of Daimler AG's *certiorari* petition and the Supreme Court's pending decisions in *Kiobel v. Royal Dutch Petroleum* (No. 10-1491) and *Mohamad v. Rajoub* (No. 11-88). *See* Dkt. 154; Kemner Decl. 113.

As detailed in the accompanying declaration of Matthew J. Kemner, good cause exists to continue the stay currently in effect. The Supreme Court has not yet ruled on Daimler AG's *certiorari* petition and will not do so before June 15 because the Supreme Court recently granted plaintiffs an extension to file their opposition to Daimler AG's *certiorari* petition, such that it now due June 11, 2012. Daimler AG will then have an opportunity to reply, and the Court likely will not decide the petition this term. In addition, although the Supreme Court recently issued its decision in *Mohamad v. Rajoub*, 132 S. Ct 172 (Apr. 18, 2012) (TVPA applies only to natural persons), it ordered further briefing and re-argument in *Kiobel* to address not only whether the Alien Tort Statute applies to corporations but also whether the statute applies to extraterritorial conduct. *See Kiobel v. Royal Dutch Petroleum*, 132 S. Ct. 1738 (Mar. 5, 2012). Kemner Decl. TT 3-4. Hence, the Supreme Court also will not decide *Kiobel* before June 15, 2012, and that decision could have a significant impact on the Rule 12 motions and other legal issues the parties expect to litigate if the case actually resumes in the trial court.

The parties therefore have jointly stipulated to stay the district court proceedings until after the U.S. Supreme Court rules on Daimler AG's *certiorari* petition, and has issued its *Kiobel* decision, whichever comes later. Kemner Decl. TT 5-6. The parties further stipulate that Daimler AG need not answer or otherwise respond to the operative complaint, currently the First Amended Complaint, until and unless:

a. The stay of proceedings in this Court has terminated, without further extension;

b. Following the termination of said stay, the parties meet and confer on a proposed case schedule to submit to the Court; and

c. The Court enters a case scheduling order setting a time for Daimler AG to respond to the operative complaint. *Id.* ¶ 7.

**IT IS SO STIPULATED.**

Dated: May 23, 2012

Respectfully submitted,

CONRAD & SCHERER

By /s/ Terrence Collingsworth
Terrence Collingsworth
Attorneys for Plaintiffs
BARBARA BAUMAN ET AL.

Dated: May 23, 2012

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By /s/ Matthew J. Kemner
Matthew J. Kemner
Attorneys for Defendant
DAIMLER AG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/14/12

Ronald M. Whyte
Hon. Ronald M. Whyte
U.S. District Court Judge